IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AERONAUTICAL TITLE AND ESCROW SERVICE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIONS AIR SKYMEDIA AG, and SARAN SAVUNMA HAVACILIK SANAYI VE TIC. LTD. STI., <br><br> Defendants. | ) ) ) ) ) ) ) Case No. CIV-23-01179-J ) ) ) ) ) ) ) |

## DEFENDANT LIONS AIR SKYMEDIA AG'S UNOPPOSED MOTION FOR ENTRY OF AN ORDER DIRECTING DISBURSEMENT OF FUNDS IN THE REGISTRY OF THE COURT AND TO ADMINISTRATIVELY CLOSE CASE

Defendant, Lions Air Skymedia, AG ("Lions Air"), moves the Court for the entry of an Order under LCvR67.1(b) directing the $250,000 fund accepted and receipted into the registry of the court from discharged Plaintiff, Aeronautical Title and Escrow Service, LLC ("Aero Title"), on August 19, 2024, Doc. No. 22 (Notice of Deposit), Doc. No. 22-1 (Receipt), to be distributed to Lions Air's undersigned counsel's IOLTA Trust Account for the benefit of Lions Air.

Lions Air further requests that the Court strike the Status Conference scheduled to be conducted on October 3, 2024, at 1:15 p.m. [Doc. No. 25], and requests the Court to administratively close this case following such disbursement from the court registry.

## BACKGROUND

1. Counsel for Lions Air, and counsel for Saran Savunma Havacilik Sanayi Ve Tic. Ltd. Sti. ("Saran"), have conferred, and counsel for Lions Air is authorized to recite that Saran does **not** object to the relief sought in this motion, but Saran reserves all rights and remedies available to it with respect to its claims against Lions Air, other than Lions Air's entitlement to the $250,000 deposit, which Saran reserves the right to pursue in a forum other than this district court.

2. Upon disbursement to Lions Air, this case should be closed by the Court.

3. Lions Air requests that the Court strike the Status Conference ordered to be conducted on October 3, 2024 at 1:15 [Doc. No. 25], and that Lions Air and Saran be excused from filing a Joint Status Report and Discovery Plan by September 23, 2024 (as previously ordered).

4. A proposed order is submitted separately.

## ARGUMENT AND AUTHORITIES

**A.    The proposed Order is compliant with LCvR67.1 and 67.2.**

The party requesting release of funds must obtain an order "directing that funds be disbursed and provide to the Court Clerk the address and taxpayer identification number of all recipients." Here, Lions Air requests the $250,000 (and interest accrued thereon, if any) be paid to undersigned counsel's IOLTA Trust Account. The taxpayer identification number for counsel's law firm will be provided, orally, as required under the local rule, to the Court Clerk Financial Administrator. LCvR67.1(b).

Disbursement is to occur by check drawn by the court clerk on deposits made in the registry. The check must be made payable to the order of the payee as named in the distribution order upon receipt of the order, "after the … tax identification number of the payee has been orally communicated to the court clerk financial administrator …." LCvR67.2.

## REQUEST FOR RELIEF

Lions Air moves the Court for the entry of an Order directed to the Court Clerk whereby the $250,000 interpleaded fund (and interest accrued thereon, if any) is ordered to be disbursed for the benefit of Lions Air as set forth in the proposed order separately submitted to the Court with this filing.

Following disbursement of the funds, Lions Air and Saran request that this case be administratively closed by the Court.

Lions Air and Saran request that the Court strike the Status Conference ordered to be conducted on October 3, 2024 at 1:15 [Doc. No. 25], and that Lions Air and Saran be excused from filing a Joint Status Report and Discovery Plan by September 23, 2024 (as previously ordered).

Submitted respectfully by:

/s/ Andrew L. Walding
Andrew L. Walding
Okla. Bar No. 14349
Attorney for Lions Air Skymedia AG
Walding Law PLLC
6414 N. Santa Fe Ave. Unit D
Oklahoma City, OK 73116-9102

Telephone: 405-605-4444
Email Address: alw@walding.law

4