UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AERONAUTICAL TITLE AND ESCROW SERVICE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIONS AIR SKYMEDIA AG, and SARAN SAVUNMA HAVACILIK SANAYI VE TIC. LTD. STI.,<br><br>Defendants. | Case No. CIV-23-1179-J |

## ORDER

Before the Court is Defendant Lions Air Skymedia AG's (Lions Air) Unopposed Motion for Entry of an Order Directing Disbursement of Funds in the Registry of the Court and to Administratively Close Case [Doc. No. 26]. Lions Air's unopposed motion seeks disbursement of the $250,000.00 escrow deposit previously interpleaded into the Court's registry (plus accrued interest, if any) by now-dismissed Plaintiff Aeronautical Title and Escrow Service, LLC on August 19, 2024. Upon review, Lions Air's unopposed motion [Doc. No. 26] is GRANTED, and the Court ORDERS as follows:

- The Clerk of Court shall disburse the $250,000.00 deposit (plus accrued interest, if any) from the Court Clerk's registry, *see* [Doc. No. 23], by check made payable to WALDING LAW PLLC IOLTA, 6414 N. Santa Fe Ave., Unit D, Oklahoma City, OK 73116.

- Defendant Saran Savunma Havacilik Sanayi Ve Tic. Ltd. Sti.'s (Saran) approval of the disbursement is as to Lions Air's entitlement to the $250,000.00 deposit only, and Saran reserves all rights and remedies available to it with respect to its alleged claims against Lions Air, which Saran reserves the right to pursue in a forum other than this district court.

- Counsel for Lions Air shall orally communicate to the Court Clerk Financial Administrator the tax identification number for Walding Law PLLC.

- The Clerk of Court shall administratively terminate this matter.[1]

IT IS SO ORDERED this 17th day of September, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Naturally, the parties need not appear for the previously scheduled status conference, nor are they required to file a Joint Status Report and Discovery Plan.